**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CARL DEMONBRUN,** | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 8:06CV534 |
| | ) | |
| v. | ) | |
| | ) | |
| **STEVENS TRANSPORT,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on plaintiff's Interim Motion to Amend Complaint and Amended Motion to Amend Complaint (Filing Nos. 6 &7). After review of the record I will grant the motion. Going forward the complaint shall consist of filing no. 1 as amended by filing no. 7.

IT IS ORDERED:

1. That Plaintiff's Interim Motion to Amend Complaint (Filing No. 6) is granted.

2. That Plaintiff's Amended Motion to Amend Complaint (Filing No. 7) is granted.

DATED this 22nd day of August, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge