**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CARL DEMONBRUN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CV534** |
| | ) | |
| v. | ) | |
| | ) | |
| **STEVENS TRANSPORT,** | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on plaintiff's response to the court's October 23, 2006 Memorandum and Order (Filing No. 20). The court is still unclear on the history of the case. Therefore, by November 17, 2006, the plaintiff is Ordered to file with the court copies of **all** charges filed with any agency, and **all** documents it has received in response to charges filed with any agency. Absent a timely response to this order defendant's case is subject to dismissal without prejudice.

IT IS SO ORDERED.

DATED this 6th day of November, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge